UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ARRIETA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:23-cv-00802-ADA-EPG (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 18) |

　　　　On October 24, 2023, Plaintiff Jerry Arrieta and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 18.) They agree that, on remand, "Plaintiff [will have] the opportunity for a new hearing, further develop the record as necessary and issue a new decision." (*Id*. at 2.) The Parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id*.)

　　　　Accordingly,

　　　　　　1. The Parties' stipulation, (ECF No. 18), is GRANTED;

　　　　　　2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

///

3. Plaintiff's motion for summary judgment, (ECF No. 14), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Jerry Arrieta and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 26, 2023

_____
UNITED STATES DISTRICT JUDGE