1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY ARRIETA,                              No.  1:23-cv-00802-NODJ-EPG

12              Plaintiff,

13        v.                                     ORDER ADOPTING THE PARTIES'
                                                 STIPULATION FOR THE AWARD OF
14   KILOLO KIJAKAZI, Acting                     ATTORNEY'S FEES UNDER THE EQUAL
     Commissioner of Social Security,            ACCESS TO JUSTICE ACT
15
                Defendant.                       (ECF No. 21)
16

17

18        On May 25, 2023, Plaintiff Jerry Arrieta filed this action seeking review of a final

19   decision of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.  (ECF No. 1.)

20   The Court remanded the matter on October 26, 2023 for further administrative proceedings

21   pursuant to sentence four of 42 U.S.C. § 405(g) and directed entry of judgment in favor of

22   Plaintiff.  (ECF No. 19.)  On December 6, 2023, the parties filed a stipulation that Plaintiff should

23   be awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the

24   amount of $8,900.00.  (ECF No. 21.)  The parties further stipulate that Plaintiff is not entitled to

25   any costs under 28 U.S.C. § 1920.  (*Id.*)

26        Accordingly,

27        1.       Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Plaintiff is

28                 awarded attorney's fees in the amount of $8,900.00; and

                                                   1

2.   After the issuance of this order, the government shall consider the assignment of the Equal Access to Justice Act attorney's fees to Plaintiff's counsel as follows:

    a.   Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's Offset Program;

    b.   Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to Plaintiff's counsel, Francesco Benavides; and

    c.   Whether the payment of attorney's fees is made payable to Plaintiff or to counsel, the check will be mailed to Plaintiff's counsel's mailing address at:

        Francesco Benavides
        Law Offices of Francesco Benavides
        1990 N. California Blvd.
        Suite 20, PMB 1038
        Walnut Creek, CA 94596

IT IS SO ORDERED.

DATED:   January 4, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

2